[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 00-1075

GLENN A. BAXTER,

Plaintiff, Appellant,

v.

FEDERAL COMMUNICATIONS COMMISSION;
DEPARTMENT OF JUSTICE,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Gene Carter, U.S. District Judge]

---

Before

Torruella, Chief Judge,
Selya and Stahl, Circuit Judges.

---

Glenn A. Baxter on brief pro se.
Jay P. McCloskey, United States Attorney, and F. Mark
Terison, Senior Litigation Counsel, on brief for appellees.

---

September 25, 2000

---

**Per Curiam**.  We have reviewed the parties' briefs and the record on appeal.  We affirm the judgment of dismissal, essentially for the reasons stated in the district court's Memorandum of Decision and Order, dated November 30, 1999.

<u>Affirmed</u>.